ASHEM LLC ✕
1.646.801.2045 (DIRECT)
SETH.MITCHELL@ASHEMLLC.CO (EMAIL)

The 18th day of January in our year 2018

Chief United States District Judge Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York County, New York   10007

Via Hand Only

**RE:**   **Emergency** Request for Judicial Action
*Seth Mitchell v. The Goldman Sachs Group, Inc., et al., 17-CV-6258 (CM)*
**Public Demand: $US176,717,100.00**

Chief United States District Judge McMahon:

As the Original Complaint Filed 17 August 2017 (Docket No. 2) and the Declaration Filed 26 December 2017 (Docket No. 10) prove incontrovertibly, various State and private Bad Actors have caused indelible injury to this good Plaintiff – Prosecutor in malevolent, recursive fashion over the past fifteen (15) years in The United States of America: such torment, defilement, and wanton, purposeful illegalities have literally and in every way destroyed his personal, professional, and academic lives; in fact, Your Honour has Granted good Plaintiff – Prosecutor's IFP Application on 6 October 2017.

To this day, not one of the Original Named Defendants have come to the table to work civilly with this aggrieved Claimant on just, final, and mutually – beneficial Settlement of his meritorious Claims; they each have the *ability* to Settle, but not the *willingness* to do so – most wicked are each and every one of them and The People of the United States of America and good Plaintiff - Prosecutor respectfully demand Justice from Court given this ongoing *Emergency*.

1

ASHEM LLC x
1.646.801.2045 (DIRECT)
SETH.MITCHELL@ASHEMLLC.CO (EMAIL)

**WHEREAS** in order for Justice to be done on Our behalf, good Plaintiff – Prosecutor respectfully requests that Court with immediate effect:

1. Grant good Plaintiff – Prosecutor's Motion for Summary Judgment (Docket Nos. 3 – 4) in the sum-certain total of **$US497,100.00** against The Goldman Sachs Group, Inc. and in the sum-certain total of **$US13,500,000.00** against The City of New York;

2. Then Assign the Case randomly to a District Judge and Magistrate Judge for further processing; and

3. Grant Him whatever further relief Court finds Just and Proper.

He thanks Court for its time and attention and for ensuring that Justice is done now finally and forever on his behalf and on behalf of the People of these great United States of America.

Duly Executed:   This the 18th day of January in our year 2018
New York County, New York

Respectfully submitted,

*[signature]*

Seth Mitchell
Sole Claimant, 17-CV-6258 (CM)